IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANNAMALAI ANNAMALAI,

    Petitioner,

v.

ERIC EMMERICH,
Warden,

    Respondent.

ORDER

Case No. 24-cv-678-jdp

Petitioner Annamalai Annamalai seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than October 22, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately March 30, 2024 through the date of the petition, September 30, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Annamalai Annamalai may have until October 22, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before October 22, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 30th day of September, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge